UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER KRACZEK,
on behalf of himself and all those similarly situated,

       Plaintiff,

    v.

K&S TOOL, DIE & MANUFACTURING, INC.,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 19-cv-938-pp

---

☐    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiffs and against the defendant in the amount of $42,149.98

    **THE COURT ORDERS** that the defendant shall pay to the named plaintiff the amount of $2,500 as a service fee; the defendant shall pay to plaintiff's counsel the amount of $37,800 in attorney fees and costs.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 29th day of January, 2021.

                              **BY THE COURT:**

                              _____
                              **HON. PAMELA PEPPER**
                              **Chief United States District Judge**

                              GINA M. COLLETTI
                              Clerk of Court

                              s/ *Cary Biskupic*
                              (by) Deputy Clerk